McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>          Plaintiff,            )<br>                                )<br>                                )<br>     v.                         )<br>                                )<br> JOHN PHILLIP PRUITT, et al.,   )<br>                                )<br>                                )<br>          Defendants.           )<br>_____) | CR. S-08-0103 LKK<br><br>ORDER CONTINUING STATUS<br>CONFERENCE |

   This matter came before the Court for a status conference on March 18, 2008 at 9:30 a.m.  Defendant John Phillip Pruitt appeared with his counsel, Ned Smock; defendant Darryl Anthony Berg appeared with his counsel, John Balazs; defendant Leslie Shugart appeared with counsel, John Balazs, who was appearing for Danny Brace Jr.; and Michael M. Beckwith, Assistant U.S. Attorney appeared on behalf of the United States of America.

   The parties and all defendants agreed to set a status conference date of April 1, 2008 at 9:30 a.m., due to the fact that defendant John Phillip Pruitt is being assigned new counsel.
///

The Court further ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference is set for April 1, 2008 at 9:30 a.m.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through April 1, 2008.

IT IS SO ORDERED

Date: April 3, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT