McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>JOHN PHILLIP PRUITT, et al.,<br><br>     Defendants. | CR. S-08-0103 LKK<br><br>ORDER CONTINUING STATUS CONFERENCE |

   This matter came before the Court for a status conference on March 18, 2008 at 9:30 a.m.  Defendant John Phillip Pruitt appeared with his counsel, Ned Smock; defendant Darryl Anthony Berg appeared with his counsel, John Balazs; defendant Leslie Shugart appeared with counsel, John Balazs, who was appearing for Danny Brace Jr.; and Michael M. Beckwith, Assistant U.S. Attorney appeared on behalf of the United States of America.

   The parties and all defendants agreed to set a status conference date of April 1, 2008 at 9:30 a.m., due to the fact that defendant John Phillip Pruitt is being assigned new counsel.
///

1  The Court further ordered that time be excluded time under
2 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to
3 prepare). The Court directed government counsel to prepare a
4 formal order.

6  **IT IS HEREBY ORDERED**:
7   1.  A status conference is set for April 1, 2008 at 9:30
8 a.m.
9   2.  Based on the party's representations, the Court finds
10 that the ends of justice outweigh the best interest of the public
11 and Defendant in a speedy trial. Accordingly, time under the
12 Speedy Trial Act shall be excluded through April 1, 2008.

14  IT IS SO ORDERED

17 Date: April 3, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3