JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Darryl Anthony Berg

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 08-103-LKK |
| Plaintiff, | |
| | ORDER |
| v. | |
| JOHN PHILLIP PRUITT, DARRYL ANTHONY BERG, and LESLIE SHUGART | |
| | Date:  April 29, 2008 |
| | Time:  9:30 a.m. |
| Defendants. | Hon. Lawrence K. Karlton |

On April 1, 2008, a status conference was held in the above-captioned case. The government was represented by Assistant U.S. Attorney Michael Beckwith. Attorney Mark Reichel appeared for defendant John Phillip Pruitt. Attorney John Balazs appeared for his client Darryl Anthony Berg and specially appeared for attorney Danny Brace on behalf of defendant Leslie Shugart. Defendants Pruitt and Shugart were present in-custody while defendant Berg's presence was waived.

Defense counsel jointly requested that the matter be continued for a further status conference on April 29, 2008, at 9:30 a.m. Counsel represented that they had received initial discovery, but they would be requesting additional discovery from the government and needed to conduct some preliminary investigation. All counsel and defendants agreed

that time within which the trial must commence under the Speedy Trial Act be excluded for defense preparation from April 1, 2008 through April 29, 2008.

The Court continued the matter for a further status conference on April 29, 2008, and excluded time under the Speedy Trial Act for defense preparation from April 1, 2008 through April 29, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) (local code T4).  For the reasons stated by counsel, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated: April 3, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT