JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Darryl Anthony Berg

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 08-103-LKK |
| Plaintiff, | ) ) ) | STIPULATION RE MOTIONS SCHEDULE AND ORDER |
| v. | ) ) | |
| JOHN PHILLIP PRUITT, DARRYL ANTHONY BERG, and LESLIE SHUGART, | ) ) ) ) | Date: June 24, 2008 Time: 9:30 a.m. Hon. Lawrence K. Karlton |
| Defendants. _____ | ) ) | |

Defendants John Phillip Pruitt, Darryl Anthony Berg, and Leslie Shugart, through counsel, and the United States, through its counsel, hereby stipulate and request that the Court vacate the status conference set for April 29, 2008 in this case and set the following schedule for the filing of pretrial motions in the district court:

    Defendants' motions due:    May 27, 2008

    Government's responses due:    June 10, 2008

    Defendants' replies, if any, due: June 17, 2008

    Hearing on motion:    June 24, 2008, 9:30 a.m.

The defendants anticipate filing at least a motion to suppress evidence in which they will request an evidentiary hearing and the parties jointly request that, if an evidentiary

1   hearing is granted, the evidentiary hearing be set at the June 24, 2008 motions hearing.

2       Defendants request this continuance in order to conduct needed investigation, obtain
3   relevant records, and to prepare motions.  For these reasons, the parties also stipulate and
4   request that the Court exclude time for adequate defense preparation under the Speedy
5   Trial Act from April 29, 2008, through May 27, 2008, pursuant to 18 U.S.C.
6   § 3161(h)(8)(A) (local code T4), and from May 27, 2008, through June 24, 2008, for the
7   pendency of motions, pursuant to 18 U.S.C. § 3161(h)(1)(F) (local code E).  Time has
8   previously been excluded for defense preparation through April 29, 2008.

Dated:  April 23, 2008

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
Darryl Anthony Berg

Dated:  April 23, 2008

/s/ Mark Reichel
MARK REICHEL
Attorney for Defendant
John Phillip Pruitt

Dated:  April 23, 2008

/s/ Danny Brace
DANNY BRACE
Attorney for Defendant
Leslie Shugart

Dated:  April 23, 2008

McGREGOR W. SCOTT
U.S. Attorney

By:     /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: April 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT