| | |
|---|---|
| 1 | MARK J. REICHEL, State Bar #155034 |
| | THE LAW OFFICES OF MARK J. REICHEL |
| 2 | 555 CAPITOL MALL, 6TH FLOOR, Suite 600 |
| | Sacramento, California  95814 |
| 3 | Telephone: (916) 498-9258 |
| | FAX:       (916) 441-6553 |
| 4 | mark@reichellaw.com |
| | www.reichellaw.com |
| 5 | |
| | Attorney for Defendant |
| 6 | JOHN PRUITT |

1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  555 CAPITOL MALL, 6TH FLOOR, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  JOHN PRUITT

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | ) |
|---|---|
|                            | ) Case No. CR-s-08-103 LKK |
| 12         Plaintiff,      | ) |
|                            | ) **STIPULATION OF THE PARTIES** |
| 13    v.                   | ) **TO CONTINUE; DECLARATION OF** |
|                            | ) **DEFENDANT JOHN PRUITT ON THE** |
| 14                         | ) **WAIVER OF TIME UNDER THE** |
|                            | ) **SPEEDY TRIAL ACT AND** |
| 15 JOHN PRUITT, DARYL ANTHONY | ) **AGREEING TO CONTINUANCE;** |
|    BERG                    | ) **Order thereon** |
| 16                         | |
|            Defendants.     | Date: July 22, 2008 |
| 17 _____ | Time: 9:30 a.m. |
|                            | Judge: Hon. Lawrence K. |
| 18                         |        Karlton |

19     IT IS HEREBY STIPULATED by and between the parties

20  hereto through their respective undersigned counsel, as

21  follows:

22     The that the present date for the status conference of

23  July 1, 2008 shall be vacated; that the filing of a Defense

24  Reply pleading on the pending Motion To Suppress Evidence

25  shall be filed on July 8, 2008; that a hearing on that motion

26  and determination as to whether an evidentiary hearing shall

27  be held shall be set for July 22, 2008 at 9:30 a.m.

28  Stip

1  All undersigned counsel and defendants agree that time
2  under the Speedy Trial Act from the date this stipulation is
3  lodged through July 22, 2008 should be excluded in computing
4  the time within which trial must commence under the Speedy
5  Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv)
6  and Local Code T4 for effective defense preparation, as well
7  as Local Code e as motions are on file with the court.

DATED: June 30, 2008.            Respectfully submitted,

                                 /s/ MARK J. REICHEL
                                 MARK J. REICHEL
                                 Attorney for Defendant

DATED: June 30, 2008.            Respectfully submitted,

                                 /s/ MARK J. REICHEL for
                                 JOHN P. BALAZS
                                 Attorney for Defendant Berg


                                 McGREGOR W. SCOTT
                                 United States Attorney

DATED: June 30, 2008.            /s/MARK J. REICHEL for:
                                 MICHAEL BECKWITH
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## DECLARATION OF DEFENDANT JOHN PRUITT

I, John Pruitt, hereby declare under the penalty of perjury as follows:

I am the defendant in the above-entitled matter that bears my name. I have discussed the status of my case with my attorney, Mr. Reichel, and desire as follows:

I desire to allow the defense attorneys to file a Reply to the Motion To Suppress Evidence on July 8, 2008; I also desire to vacate the currently set court date of July 1, 2008, as previously set in court on June 24, 2008, in my presence. I desire to have the next court appearance for July 22, 2008.

I have been provided a copy by Mr. Reichel of and have reviewed the stipulation signed June 17, 2008 by Mr. Balazs, Mr. Beckwith and Mr. Reichel in regard to the continuation of the case, and a request for a waiver of the Speedy Trial Act time limits, to July 22, 2008, as filed and referenced on the courts docket in this case as entry #48; I concur with that stipulation and agree to its terms.

My attorney has discussed with me my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq, as well as my right to a speedy and public trial guaranteed in the U.S. Constitution. I desire to waive those rights from the execution of this stipulation until July 22, 2008.

Executed at Sacramento, California.

DATED June 25  2008   /s/ JOHN PHILLIP PRUITT
                            JOHN PHILLIP PRUITT
                            (Original signed held by counsel)

Stip and Order                          3

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code e as motions are on file with the court.

DATED: June 27, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT