JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Darryl Anthony Berg

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>        v.  )<br>  )<br>JOHN PHILLIP PRUITT, DARRYL  )<br>ANTHONY BERG,  )<br>  )<br>        Defendants.  )<br>_____ ) | No. CR-S 08-103-LKK<br><br>STIPULATION RE MOTION TO<br>SUPPRESS REPLY BRIEF AND ORDER<br><br><br>Date: July 22, 2008<br>Time: 9:30 a.m.<br>Hon. Lawrence K. Karlton |

       Defendants John Phillip Pruitt and Darryl Anthony Berg, through counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the due date for the reply brief on defendants' motion to suppress from July 8, 2008 to July 15, 2008. The hearing date on the motion shall remain as scheduled on July 22, 2008, 9:30 a.m.

       Defendants request this continuance because an additional week is needed in order to prepare the reply brief in light of counsels' schedule in other cases. Time has already been and remains excluded under the Speedy Trial Act through July 22, 2008, for adequate defense preparation under 18 U.S.C. § 3161(h)(8)(A) (local code T4) and for the

///

pendency of motions under 18 U.S.C. § 3161(h)(1)(F) (local code E).

Dated: July 8, 2008

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
Darryl Anthony Berg

Dated: July 8, 2008

/s/ Mark Reichel
MARK REICHEL
Attorney for Defendant
John Phillip Pruitt

Dated: July 8, 2008

McGREGOR W. SCOTT
U.S. Attorney

By: /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated: July 11, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT