JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Darryl Anthony Berg

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 08-103-LKK |
| Plaintiff, | STIPULATION RE MOTION TO SUPPRESS REPLY BRIEF AND ORDER |
| v. | |
| DARRYL ANTHONY BERG, | Date: August 20, 2008<br>Time: 2:00 p.m. |
| Defendant. | Hon. Dale A. Drozd |

Defendant Darryl Anthony Berg, through counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the hearing date for defendant's motion for *Henthorn* and *Brady* materials from August 12, 2008 to August 20, 2008, at 2:00 p.m.

Defendants request this continuance because counsel for the parties are unavailable August 12, 2008. Time has already been and remains excluded in the district court

///
///
///

through the suppression hearing currently scheduled for September 12, 2008.

Dated: August 11, 2008

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
Darryl Anthony Berg

Dated: August 11, 2008

McGREGOR W. SCOTT
U.S. Attorney

By:   /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

DATED: August 11, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/berg0103.ord