McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-103-LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | RE EVIDENTIARY HEARING AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| JOHN PHILIP PRUITT, et al., | ) | |
| | ) | |
| Defendant. | ) | Hon. Lawrence K. Karlton |

The parties request that the Evidentiary Hearing in the above referenced case be set for November 5, 2008, with a Trial Confirmation Hearing set for December 16, 2008, and a Jury Trial set for January 13, 2009.  The parties stipulate that the time beginning September 30, 2008, and extending through January 13, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  In particular, counsel for each defendant needs time to review the discovery in

this case, discuss that discovery with their respective clients, and prepare for both an evidentiary hearing and trial. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: October 1, 2008    By: /s/ Michael M. Beckwith
                              MICHAEL M. BECKWITH
                              Assistant U.S. Attorney

Dated: October 1, 2008    By: /s/ Michael Bigelow
                              MICHAEL BIGELOW
                              Attorney for Defendant
                              John Phillip Pruitt

Dated: October 1, 2008    By: /s/ John Balazs
                              JOHN BALAZS
                              Attorney for Defendant
                              Darryl Anthony Berg

**ORDER**

The Evidentiary Hearing in case number CR. S-08-103-LKK, is set for November 5, 2008 at 10:00 a.m, Trial Confirmation Hearing is set for December 16, 2008 at 9:15 a.m., and Jury Trial is set for January 13, 2009 at 10:30 a.m., and the time beginning September 30, 2008, and extending through January 13, 2009, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). IT IS SO ORDERED.

Dated: October 2, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT