McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )   | CR. S-08-103 LKK |
| Plaintiff,  )  )   | STIPULATION AND ORDER |
| )   | CONTINUING EVIDENTIARY HEARING |
| v.  )  )   | |
| JOHN PHILIP PRUITT and  )  DARYL ANTHONY BERG,  )  )   | |
| Defendants.  )  )   | Hon. Lawrence K. Karlton |

The parties request that the evidentiary hearing currently set for November 5, 2008, at 10:00 a.m., be continued to November 13, 2008, at 10:00 am.  It is the parties understanding that the Court is available on the proposed date.

A superseding indictment was filed on October 30, 2008.  The requested continuance will allow the government to acquire and discover a transcript of the testimony given on October 30, 2008, in connection with the superseding indictment.  The defense will also need time to review the new transcript.

The parties believes the transcript will be relevant to the defendants' conduct of the evidentiary hearing.  Time has been

1  excluded through January 13, 2009, for defense trail preparation.

2

3                                    Respectfully Submitted,

4                                    McGREGOR W. SCOTT
                                     United States Attorney
5

6  Dated: October 31, 2008           By:/s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
7                                       Assistant U.S. Attorney

8

9  Dated: October 31, 2008           By:/s/ John Balaz
                                        JOHN P. BALAZS
10                                      Attorney for defendant
                                        Daryl Berg
11

12 Dated: October 31, 2008           By:/s/ Michael B. Bigelow
                                        MICHAEL B. BIGELOW
13                                      Attorney for defendant
                                        John Pruitt
14

15                                 **ORDER**

16

17 IT IS SO ORDERED.

18

19 Dated: November 3, 2008

20

21                                 LAWRENCE K. KARLTON
                                   SENIOR JUDGE
22                                 UNITED STATES DISTRICT COURT

23

24

25

26

27

28

2