```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>          Plaintiff,         )<br>                             )<br>                             )<br>                             )<br>                             )<br>     v.                      )<br>                             )<br>JOHN PHILLIP PRUITT, et al., )<br>                             )<br>                             )<br>          Defendants.        )<br>_____) | CR. S-08-103 LKK<br><br>STIPULATION AND<br> ORDER EXCLUDING<br>TIME AND SETTING FUTURE TRIAL<br>DATES |

   This matter came before the Court for a status conference and Feretta Hearing on November 25, 2008.  Assistant U.S. Attorney Michael Beckwith represented the United States, Michael Bigelow appeared on behalf of John Phillip Pruitt, and John Balazs appeared on behalf of Darryl Anthony Berg ("Defendants").  Defendant John Michael Pruitt was present and in custody.  Defendant Darryl Anthony Berg has a Waiver of Personal Appearance on file and was not in custody.

   A Feretta Hearing was held as to defendant John Phillip Pruitt.  After the Court's inquiry, Mr Pruitt continued his

request to represent himself in this matter. The Court granted Mr. Pruitt's request. Attorney Michael Bigelow was appointed as stand-by counsel for the defendant. The matter is already set for a Trial Confirmation Hearing for December 16, 2008, and Jury Trial is set for January 13, 2009 at 10:30 a.m. The Court ordered that time continue to be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

The parties agree that time should be excluded under Local Code T4 from November 25, 2008, to January 13, 2009.

The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. Defendant John Phillip Pruitt may represent himself in this matter.

2. Attorney Michael Bigelow is appointed as stand-by counsel for defendant John Phillip Pruitt.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through January 13, 2009.

IT IS SO ORDERED

Date: December 3, 2008

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT