McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-08-0103 LKK EFB |
| Plaintiff, ) | |
| ) | DISCOVERY ORDER |
| v. ) | |
| ) | |
| JOHN PHILLIP PRUITT and ) | |
| DARRYL ANTHONY BERG ) | |
| ) | |
| Defendants. ) | |

This matter came before the Court for a Motion Hearing as to Darryl Anthony Berg, on December 9, 2008.  Attorney John Balazs appeared on behalf of the defendant.  The Court was informed that Mr. Berg has waiver of appearance on file.  Michael M. Beckwith, Assistant U.S. Attorney appeared on behalf of the United States of America.

After consideration, the Court granted in part and denied in part the defendant's motion and ordered the Government to submit a proposed order for review and signature.

As to discovery due dates the Court ordered the following: Giglio, Brady and Henthorne material, defendants criminal history

1

("rap sheets"), recent probation search findings, and all expert witness materials are to be produced 14 days prior to trial. Notice related to Rule 404(b) of the Federal Rules of Evidence is due 7 days prior to trial.

**IT IS HEREBY ORDERED:**

1. Discovery related to <u>Giglio</u>, <u>Brady</u> and <u>Henthorne</u> material, defendants criminal history ("rap sheets"), recent probation search findings, and all expert witness materials will be produced 14 days prior to trial.

2. Discovery related to Rule 404(b) of the Federal Rules of Evidence will be produced 7 days prior to trial.

IT IS SO ORDERED

Date:   December 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE