DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN PHILLIP PRUITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JOHN PHILLIP PRUITT,<br>DARRYL ANTHONY BERG,<br><br>              Defendant.<br>_____ | No. CR-S-08-103 LKK<br><br>ORDER AFTER HEARING<br><br>Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference on December 16, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Michael Beckwith. Pro se defendant John Phillip Pruitt was present in custody. Defendant Darryl Anthony Berg was present out of custody, and was represented by counsel, John Balazs. The court granted Pruitt's request that the Federal Defender be reappointed to represent him and relieved stand-by counsel Michael Bigelow. Chief Assistant Federal Defender Linda Harter accepted the appointment for the Federal Defender and stated that the

case would be assigned to Assistant Federal Defender Benjamin Galloway.

    Defense counsel requested that the matter be set for further status conference on January 21, 2009 at 9:15 a.m.

    The parties agreed on the need for additional time to allow time for appointment of new counsel and defense preparation.

    IT IS HEREBY ORDERED that this matter be set for further Status Conference on January 21, 2009 at 9:15 a.m..

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from December 16, 2008 to and including January 21, 2009 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: December 18, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2