1  KRISTA HART
   Attorney at Law
2  State Bar #199650
   428 J Street, Suite 350
3  Sacramento, California  95814
   Telephone: (916) 498-8398
4
   Attorney for Defendant
5  John Pruitt

6

7            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,      )   No. Cr.S. 08-103 LKK
                                  )
10          Petitioner,            )
                                  )   STIPULATION AND ORDER TO
11     v.                          )   RESET STATUS CONFERENCE
                                  )
12 JOHN PRUITT,                    )
                                  )
13          Defendant.             )
   _____ )
14

15      Defendants John Pruitt and Darryl Berg, by and through their respective

16 counsel along with the United States of America (government) through its counsel

17 stipulate and agree to vacate the status conference currently set for January 21,

18 2009, and reset it for January 27, 2009, at 9:15 a.m.

19      It is further stipulated and agreed the period of time from January 21, 2009,

20 up to and including January 27, 2009, be excluded in computing the time within

21 which the trial of the above criminal prosecution must commence for purposes of

22 the Speedy Trial Act.  The parties stipulate and agree the ends of justice are served

23 by the Court excluding such time so that counsel for the government and the

24 defense may have reasonable time for effective preparation, investigation and

25 negotiations.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

26      Counsel for John Pruitt was recently appointed on January 16, 2009.  The

27 additional time is necessary to obtain the file from the Office of the Federal

28

Defender, review the materials, conduct an investigation, if necessary, conduct the necessary legal research, and prepare for trial.  All parties agree this is an appropriate exclusion of time.

DATED: January 20, 2009

        /s/ Krista Hart
        Attorney for Defendant
        John Pruitt

DATED: January 20, 2009

        /s/ John Balazs
        Attorney for Defendant
        Darryl Berg

DATED: January 20, 2009        McGREGOR SCOTT
        United States Attorney

        /s/ Michael Beckwith
        Assistant U.S. Attorney
        (By Krista Hart per e-mail)

## O R D E R

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: January 20, 2009

        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT