JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Darryl Anthony Berg

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 08-103-LKK |
| Plaintiff, | ORDER |
| v. | |
| JOHN PHILLIP PRUITT, and DARRYL ANTHONY BERG. | |
| Defendants. | |

For the reasons set forth in defendants' attached application, the Court hereby grants defendants' request to file a CD with an audio file as Exhibit I to defendants' joint motion to dismiss.

Dated: April 21, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT