```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    TODD D. LERAS
 3  Assistant U.S. Attorney
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2729
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 08-103 LKK
                                 )
12         Plaintiff,            )  ORDER RE:
                                 )  GOVERNMENT'S MOTION TO DISMISS
13      v.                       )
                                 )
14  JOHN PHILLIP PRUITT and      )
    DARRYL ANTHONY BERG,         )
15                               )
           Defendant.            )
16  _____)
17
```

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through its undersigned attorneys, moves the Court for an order dismissing the charges against John Phillip Pruitt and Darryl Anthony Berg, as listed in the indictment and superseding indictment in Case Number S-08-103 LKK.

The government bases this motion on evidence and information obtained post-indictment. Despite other problems in the case, until recently, the government believed it could present sufficient evidence to meet its burden at trial. However, the defense recently presented the government with alibi evidence. Based on the results

1

of its preliminary investigation, the government believes it will not be able to disprove the alibi defense beyond a reasonable doubt and prevail at trial.

The government therefore asks the Court to dismiss the charges against defendants Pruitt and Berg.

DATE: April 24, 2009                LAWREENCE G. BROWN
                                    Acting United States Attorney

                                    By /s/ Michael M. Beckwith
                                       MICHAEL M. BECKWITH
                                       Assistant U.S. Attorney

                                    By /s/ Todd D. Leras
                                       TODD D. LERAS
                                       Assistant U.S. Attorney

O R D E R

Based on the government's motion, it is hereby ordered that the charges in the indictment and superseding indictment against defendants John Phillip Pruitt and Darryl Anthony Berg in case number 08-103 LKK are dismissed with prejudice.

DATED: April 24, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2