UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

     v.                            CR. NO. S-08-103 LKK

JOHN P. PRUITT, et al.,

                                      O R D E R

           Defendants.

                            /

The above-captioned case is a closed criminal case, where this court dismissed charges against criminal defendants John Pruitt and Darryl Berg. The court is in receipt of the John Pruitt, Darryl Berg, and Debra Berg's notice that this case is related to Pruitt, et al., v. County of Sacramento, et al., 2:10-cv-00416-WBS-KJN. In this case the criminal defendants, John Pruitt and Darryl Berg, and the wife of a criminal defendant, Debra Berg, bring claims as civil plaintiffs against various government entities and law enforcement officers arising out the arrest and prosecution in the criminal matter.

After review of the cases, the court concludes that the above

1  captioned case, 2:08-cr-00103-LKK, is not related 2:10-cv-00416-
2  WBS-KJN within the meaning of Local Rule 123(a), and the court
3  therefore DECLINES to relate the two.
4      IT IS SO ORDERED.
5      DATED:  February 24, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT